**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT**: This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
John Praizner, et al v. Red & Blue Dice Corp,. et al

APPEAL FROM DISTRICT COURT:
District: USDC Eastern District
D.C. Docket No.: 5:24-cv-01126
Date proceedings initiated in D.C.: August 6, 2025
Date Notice of Appeal filed: September 17, 2026
USCA No.: 26-3357

---

COUNSEL ON APPEAL

**Appellant(s)**: Red & Blue Dice Corp., Red & Blue Dice 2 Corp., Azharul Islam
Name of Counsel: Joshua W. Brownlie
Name of Party(ies):
Address: 2000 Market Street, Suite 2300
Telephone No.: 215-575-2816
Fax No.: 215-575-0856
E-mail: jwbrownlie@mdwcg.com

**For Appellee(s)**: *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Name of Counsel:
Name of Party(ies):
Address:
Telephone No.:
Fax No.:
E-mail:

Is this a Cross-Appeal? Yes ☐ No ☑
Appeals Docket No.:

Was there a previous appeal in case? Yes ☐ No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:

a) Arises from substantially the same case or controversy as this appeal? Yes ☐ No ☑

b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? Yes ☐ No ☑

If you answered yes to either "a" or "b" please provide:

Case Name:________________________________

D.C. Docket No.:________________________________

Court or Agency:________________________________

Docket Number:________________________________

Citation, if reported:________________________________

---

**NATURE OF SUIT**

**(Check as many as apply)**

1. FEDERAL STATUTES
- ☐ ANTITRUST
- ☐ BANKRUPTCY
- ☐ BANKS & BANKING
- ☑ CIVIL RIGHTS
- ☐ COMMERCE, ROUTES, AND TARIFFS
- ☐ COMMODITIES
- ☐ COMMUNICATIONS
- ☐ CONSUMER PROTECTION
- ☐ COPYRIGHT
- ☐ PATENT
- ☐ TRADEMARK
- ☐ ELECTION
- ☐ ENERGY
- ☐ ENVIRONMENTAL
- ☐ FOIA FREEDOM OF INFORMATION
- ☐ IMMIGRATION
- ☐ LABOR
- ☐ OSHA
- ☐ SECURITIES
- ☐ SOCIAL SECURITY
- ☐ TAX
- ☐ EQUAL ACCESS TO JUSTICE
- ☐ OTHER Specify:____________________

2. TORTS
- ☐ ADMIRALTY
- ☐ ASSAULT/DEFAMATION
- ☐ PRODUCT LIABILITY/WARRANTY
- ☐ DIVERSITY
- ☐ OTHER Specify:____________________

3. CONTRACTS
- ☐ ADMIRALTY/MARITIME
- ☐ ARBITRATION
- ☐ COMMERCIAL
- ☐ EMPLOYMENT
- ☐ INSURANCE
- ☐ NEGOTIABLE DISBURSEMENTS
- ☐ OTHER Specify:____________________

4. PRISONER PETITIONS
- ☐ CIVIL RIGHTS
- ☐ VACATE SENTENCE 2255
- ☐ HABEAS CORPUS 2254
- ☐ HABEAS CORPUS 2241
- ☐ MANDAMUS/PROHIBITION
- ☐ OTHER Specify:____________________

5. OTHER
- ☐ FORFEITURE
- ☐ CIVIL GRAND JURY
- ☐ TREATY Specify:____________________
- ☐ OTHER Specify:____________________

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 2 day of October, 20 2026 .

Signature of Counsel: /s/ Joshua W. Brownlie